# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY JOI ANDREWS, | ) | No. CV 14-9565 FFM |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATE: April 20, 2016

                                    /S/FREDERICK F. MUMM
                                    FREDERICK F. MUMM
                           UNITED STATES MAGISTRATE JUDGE

1